UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KIMBERLY EASTON

VERSUS

STATE OF LOUISIANA

CIVIL ACTION NO: 10-0871

JUDGE DONALD E. WALTER

## ORDER

Before the Court is a Motion for Summary Judgment [Doc. #26] filed by the Defendant, the State of Louisiana through the Department of Health and Hospitals, Office of Citizens with Developmental Disabilities, North Lake Supports and Services Center. Plaintiff, Kimberly Easton ("Easton"), opposes this motion. [Doc. #32].

Easton acknowledges that her state law claims pursuant to the Louisiana Employment Discrimination Law are time barred. Therefore, Easton's state law claims are **DISMISSED WITH PREJUDICE**.

Upon due consideration, Defendant's Motion for Summary Judgment of Easton's remaining Title VII claims [Doc. #26] is hereby **DENIED**. The Court finds that genuine disputes as to material fact remain which can only be resolved by a trial on the merits. As for Defendant's argument that Easton's Title VII claims are time barred, the Court finds the opinion of Magistrate Judge Chasez in *Plascyzk v. Orleans Parish School Board,* 2010 WL 819419 (E.D. La. March 3, 2010), persuasive on this issue.

**THUS DONE AND SIGNED**, this 9th day of May, 2011.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE